UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DOMINIC DI VENTURA | : | Bankruptcy No.  18-14594JKF |
| | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |

AMENDED CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that true and correct copies of the foregoing Trustee's Motion to Dismiss with Prejudice Pursuant to 11 U.S.C. Sections 105 and 1307 have been served this 13th day of September, 2018, by first class mail upon those listed below:

Dominic Di Ventura
400-16 S. 2nd Street, Unit 416A
Philadelphia, PA 19147

**Electronically via ECF/System ONLY:**

Raheem S. Watson, Esq.
Watson LLC
1700 Market Street, Suite 1005
Philadelphia, PA 19103

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

*/s/Deborah A. Earnshaw*
Deborah A. Earnshaw
Motions and Correspondence Clerk
for
Polly A. Langdon, Esq.