## Evidence of Insurance for Mortgagee/Other Interests (continued)

### Mortgagees and Other Interests

**1st Mortgagee**
Not Applicable

### Premium Details

| | |
|---|---|
| Annual Premium: | $1,074.38 |
| Fees: | $25.00 |
| Total Premium: | $1,099.38 |
| Balance Due: | $1,099.38 |

_____
Authorized Representative

9/12/2018
Date

# Evidence of Insurance for Mortgagee/Other Interests



This form is not the contract of insurance. It is a memorandum of coverage limited to mortgagee/other interests, provided at their request and applicable to the dwelling or building at the location below. The provisions of the policy will prevail in all respects. This certificate of insurance does not affirmatively or negatively amend, extend, or alter the coverage afforded by the insurance policy. Should the insurance policy be cancelled by the company before the expiration date thereof, notice will be given in accordance with the policy provisions.

| | | | |
|---|---|---|---|
| **Policy Number:** | 32079-55-28 | **Underwritten By:** | TRUCK INSURANCE EXCHANGE |
| **Policy Type:** | Townhouse/Condominium Owners | | 6301 Owensmouth Ave. |
| **Policy Status:** | In Force | | Woodland Hills, CA 91367 |
| **Term Effective:** | 9/12/2018  12:01 AM | **Your Farmers Agent:** | Ryan Michael Frain |
| **Renewal Date:** | 9/12/2019  12:01 AM | | 621 S 2nd St Unit 1F |
| **Insured:** | Dominic Diventura | | Philadelphia, PA 19147-2410 |
| | 400-416 S 2nd Street - Unit 416a | | (215) 608-8113 |
| | Philadelphia, PA 19147 | | FAX: (215) 982-1197 |
| | | | rfrain@farmersagent.com |

## Your Insured Property

**Property Address**

400-416 S 2nd Street - Unit 416a, Philadelphia, PA 19147

## Coverages

| Coverage | Limit | Coverage | Limit |
|---|---|---|---|
| Coverage C - Personal Property | $50,000 | Coverage D - Loss of Use | $20,000 |
| Unit Owner's Building Property | $25,000 | Coverage F - Medical Payments To Others | $1,000 |
| Contents Replacement Cost | Covered | | |
| Coverage E - Personal Liability | $300,000 | | |
| Association Loss Assessment | $26,500 | | |

## Deductible

| | Deductible |
|---|---|
| Applicable to each covered loss | $1,000 |

farmers.com