IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**DOMINIC DIVENTURA**
**D/B/A VRC PHILADELPHIA, INC. D/B/A**
**HALFWAY TO CONCORD, INC.**
        **Debtor**

BK. No. 18-14594-jkf

**Chapter No. 13**

**BANK OF AMERICA, N.A.**
        **Movant**
        v.
**DOMINIC DIVENTURA**
**D/B/A VRC PHILADELPHIA, INC. D/B/A**
**HALFWAY TO CONCORD, INC.**
        **Respondent**

11 U.S.C. §362

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, upon consideration of the Application of **BANK OF AMERICA, N.A.**, (Applicant), for an Order pursuant to 11 U.S.C. §§362(c)(4)(A)(ii) and (j) confirming the termination of the automatic stay in this bankruptcy case;

**AND**, it appearing that the requisite conditions for the issuance of such an Order exists the Court hereby confirms, via this Order, that as of the Date of filing (July 10, 2018) there was no stay in effect in this Bankruptcy case; and it is further

**ORDERED** that there is no stay currently in effect against **BANK OF AMERICA, N.A.**, and as such, **BANK OF AMERICA, N.A.**, may proceed with its State Court rights on the real property known as **10 MAYAPPLE ROAD, GLOUCESTER TOWNSHIP, NJ 08081**, as more fully set forth in the legal description attached to said mortgage.

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

Dated: October 18, 2018

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM MILLER*R, ESQUIRE
INTERIM CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE,
SUITE 100
READING, PA 19606

DOMINIC DIVENTURA
D/B/A VRC PHILADELPHIA, INC. D/B/A
HALFWAY TO CONCORD, INC.
10 MAYAPPLE ROAD
GLOUCESTER TOWNSHIP, NJ 08081

RAHEEM S. WATSON, ESQUIRE
1700 MARKET STREET
SUITE 1005
PHILADELPHIA, PA 19103

DOMINIC DIVENTURA
D/B/A VRC PHILADELPHIA, INC. D/B/A
HALFWAY TO CONCORD, INC.
400-16 S. 2ND STREET
UNIT 416A
PHILADELPHIA, PA 19147

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107