United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dominic DiVentura  
    Debtor

Case No. 18-14594-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Oct 19, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.  
db         Dominic DiVentura,    400-16 S. 2nd Street,    Unit 416A,    Philadelphia, PA   19147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2018 at the address(es) listed below:

         ANN E. SWARTZ    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         ANN E. SWARTZ    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
         DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue dkuhn@attorneygeneral.gov  
         HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com, Michelle@mvrlaw.com  
         JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com  
         JEROME B. BLANK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com  
         JILL MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
         RAHEEM S. WATSON    on behalf of Debtor Dominic  DiVentura rwatson@watsonllclaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE ET. AL. paeb@fedphe.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
         WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                          TOTAL: 14

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**DOMINIC DIVENTURA
D/B/A VRC PHILADELPHIA, INC. D/B/A
HALFWAY TO CONCORD, INC.
  Debtor**

BK. No. 18-14594-jkf

Chapter No. 13

**BANK OF AMERICA, N.A.
  Movant**
v.
**DOMINIC DIVENTURA
D/B/A VRC PHILADELPHIA, INC. D/B/A
HALFWAY TO CONCORD, INC.
  Respondent**

11 U.S.C. §362

## ORDER MODIFYING §362 AUTOMATIC STAY

     **AND NOW**, upon consideration of the Application of **BANK OF AMERICA, N.A.**, (Applicant), for an Order pursuant to 11 U.S.C. §§362(c)(4)(A)(ii) and (j) confirming the termination of the automatic stay in this bankruptcy case;

     **AND**, it appearing that the requisite conditions for the issuance of such an Order exists the Court hereby confirms, via this Order, that as of the Date of filing (July 10, 2018) there was no stay in effect in this Bankruptcy case; and it is further

     **ORDERED** that there is no stay currently in effect against **BANK OF AMERICA, N.A.**, and as such, **BANK OF AMERICA, N.A.**, may proceed with its State Court rights on the real property known as **10 MAYAPPLE ROAD, GLOUCESTER TOWNSHIP, NJ 08081**, as more fully set forth in the legal description attached to said mortgage.

     **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

Dated: October 18, 2018

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM MILLER*R, ESQUIRE
INTERIM CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE,
SUITE 100
READING, PA 19606

DOMINIC DIVENTURA
D/B/A VRC PHILADELPHIA, INC. D/B/A
HALFWAY TO CONCORD, INC.
10 MAYAPPLE ROAD
GLOUCESTER TOWNSHIP, NJ 08081

RAHEEM S. WATSON, ESQUIRE
1700 MARKET STREET
SUITE 1005
PHILADELPHIA, PA 19103

DOMINIC DIVENTURA
D/B/A VRC PHILADELPHIA, INC. D/B/A
HALFWAY TO CONCORD, INC.
400-16 S. 2ND STREET
UNIT 416A
PHILADELPHIA, PA 19147

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107