IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dominic DiVentura d/b/a VRC Philadelphia, Inc. d/b/a Halfway To Concord, Inc.<br>      Debtor. | BANKRUPTCY CASE NUMBER<br>18-14594/JKF |
| Ocwen Loan Servicing, LLC as servicer for Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS8<br>      Movant,<br>v.<br>Dominic DiVentura d/b/a VRC Philadelphia, Inc. d/b/a Halfway To Concord, Inc.<br>      Debtor/Respondent.<br>William Miller*R, Trustee<br>      Additional Respondent. | CHAPTER 13<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, upon consideration of Movant's Motion ~~and pursuant to 11 U.S.C. §§ 362 (c)(4)(A)(i), (ii) and (j)~~ confirming the termination of the automatic stay in this bankruptcy case;

It is hereby ORDERED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, 11 U.S.C. § 362, is NOT currently in effect and WAS NOT in effect on August 7, 2018;

~~THAT this instant case carried no concurrent automatic stay with its filing and there was no violation of the automatic stay on August 7, 2018 when the property known as 400-16 S 2nd Street, Unit 416, Philadelphia, PA 19147 sold at the Philadelphia County Sheriff's Sale, as there was no automatic stay in effect on August 7, 2018.~~

BY THE COURT:

_/s/ Jean K. FitzSimon_
_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

Dated: December 21, 2018