United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-14594-jkf
Dominic DiVentura                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1            Date Rcvd: Dec 21, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db              Dominic DiVentura,    400-16 S. 2nd Street,    Unit 416A,    Philadelphia, PA  19147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                          Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com,
               Michelle@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KEVIN S. FRANKEL    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pa-bk@logs.com
              RAHEEM S. WATSON    on behalf of Debtor Dominic  DiVentura rwatson@watsonllclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank of New York Mellon, et. al.
               paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE
               ET. AL. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                        TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dominic DiVentura d/b/a VRC Philadelphia, Inc. d/b/a Halfway To Concord, Inc.<br>    Debtor. | BANKRUPTCY CASE NUMBER<br>18-14594/JKF |
| Ocwen Loan Servicing, LLC as servicer for Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS8<br>    Movant,<br>v.<br><br>Dominic DiVentura d/b/a VRC Philadelphia, Inc. d/b/a Halfway To Concord, Inc.<br>    Debtor/Respondent.<br><br>William Miller*R, Trustee<br>    Additional Respondent. | CHAPTER 13<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, upon consideration of Movant's Motion ~~and pursuant to 11 U.S.C. §§ 362 (c)(4)(A)(i), (ii) and (j)~~ confirming the termination of the automatic stay in this bankruptcy case;

It is hereby ORDERED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, 11 U.S.C. § 362, is NOT currently in effect and WAS NOT in effect on August 7, 2018;

~~THAT this instant case carried no concurrent automatic stay with its filing and there was no violation of the automatic stay on August 7, 2018 when the property known as 400-16 S. 2nd Street, Unit 416, Philadelphia, PA 19147 sold at the Philadelphia County Sheriff's Sale, as there was no automatic stay in effect on August 7, 2018.~~

BY THE COURT:

Dated: December 21, 2018

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE