IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| IN RE DOMINIC DIVENTURA )<br>)<br>) **Chapter 13**<br>DEBTOR ) **No. 18-14594-jkf**<br>)<br>) | |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

    Kindly withdraw the appearance of Raheem S. Watson on behalf of the Debtor in the above captioned matter.

                                                                               WATSON LLC

                                                                               Raheem S. Watson

Date:  January 15, 2019

## CERTIFICATE OF SERVICE

I, Raheem S. Watson, hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance has been sent to the following via electronic court filing and/or first class regular mail.

Dated: January 15, 2019                                          _____

JEROME B. BLANK on behalf of Creditor BANK OF AMERICA, N.A.
paeb@fedphe.com

JEROME B. BLANK on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST
paeb@fedphe.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc.
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

KEVIN S. FRANKEL on behalf of Creditor OCWEN LOAN SERVICING, LLC
pa-bk@logs.com

DENISE A. KUHN on behalf of Creditor Commonwealth of Pennsylvania, Department of Revenue
dkuhn@attorneygeneral.gov

JILL MANUEL-COUGHLIN on behalf of Creditor CITIMORTGAGE, INC.
jill@pkallc.com,
chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R
ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R
ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

HEATHER STACEY RILOFF on behalf of Creditor Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor
heather@mvrlaw.com, Michelle@mvrlaw.com

REBECCA ANN SOLARZ on behalf of Creditor Ditech Financial LLC
bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG on behalf of Creditor THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE ET. AL.
paeb@fedphe.com

THOMAS YOUNG.HAE SONG on behalf of Creditor The Bank of New York Mellon, et. al.
paeb@fedphe.com

ANN E. SWARTZ on behalf of Creditor SPECIALIZED LOAN SERVICING LLC
ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

ANN E. SWARTZ on behalf of Creditor Specialized Loan Servicing LLC
ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

PAMELA ELCHERT THURMOND on behalf of Creditor City of Philadelphia
pamela.thurmond@phila.gov, karena.blaylock@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT WATERMAN
swaterman@readingch13.com