United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dominic DiVentura  
    Debtor

Case No. 18-14594-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: May 01, 2019  
    Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.  
14199245    +Seterus, Inc., as the authorized subservicer for F,   649 South Avenue,   Secane, PA 19018-3541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:

    ANN E. SWARTZ   on behalf of Creditor   Specialized Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    ANN E. SWARTZ   on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
    DENISE A. KUHN   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue dkuhn@attorneygeneral.gov  
    HEATHER STACEY RILOFF   on behalf of Creditor   Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com, Michelle@mvrlaw.com  
    JEROME B. BLANK   on behalf of Creditor   LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com  
    JEROME B. BLANK   on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com  
    JILL MANUEL-COUGHLIN   on behalf of Creditor   CITIMORTGAGE, INC. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
    KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com  
    KEVIN S. FRANKEL   on behalf of Creditor   OCWEN LOAN SERVICING, LLC pa-bk@logs.com  
    PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov  
    REBECCA ANN SOLARZ   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com  
    SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
    THOMAS YOUNG.HAE SONG   on behalf of Creditor   The Bank of New York Mellon, et. al. paeb@fedphe.com  
    THOMAS YOUNG.HAE SONG   on behalf of Creditor   THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE ET. AL. paeb@fedphe.com  
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
    WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
    TOTAL: 17

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14594-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Dominic DiVentura
400-16 S. 2nd Street
Unit 416A
Philadelphia PA 19147

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/30/2019.

Name and Address of Alleged Transferor(s):

Claim No. 11: Seterus, Inc., as the authorized subservicer for F, 649 South Avenue, Secane, PA  19018

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/03/19

Tim McGrath
**CLERK OF THE COURT**