UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    DOMINIC DI VENTURA : Bankruptcy No.  18-14594JKF
:
    Debtor(s) : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court, FOR A PERIOD OF ONE YEAR.

Dated: 8/1/19

FOR THE COURT

_____
Jean K. FitzSimon, B. J.

Interested parties:

William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA  19606-0410

Raheem S. Watson, Esq.
Watson LLC
1700 Market Street, Suite 1005
Philadelphia, PA 19103

Dominic Di Ventura
400-16 S. 2nd Street, Unit 416A
Philadelphia, PA 19147

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107