United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dominic DiVentura
    Debtor

Case No. 18-14594-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW   Page 1 of 3   Date Rcvd: Aug 01, 2019
Form ID: pdf900   Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.
```
db             Dominic DiVentura,    400-16 S. 2nd Street,    Unit 416A,    Philadelphia, PA  19147
cr             Pending,   PO BOX 31785,    TAMPA, FL  33631-3785
14167363       AT&T Universal Card,    P.O. Box 90010379 0 0 1 0 3 7,
                Louisville KY,  40290 4 0 2 9 0-10371 0 3
14167347      +Atlantic City Electric,    2430 Atlantic Ave,    Atlantic City, NJ 08401-6631
14191276       BANK OF AMERICA, N.A.,    PO BOX 31785,    Tampa FL 33631-3785
14167354       Caliber Home Loans, Inc.,    PO Box 270415,    Oklahoma City, OK 73137-0415
14167357      +Chase Home Loans,    1480 East Ave,,    Bronx, NY 10462-7502
14198854       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
14167360       CitiMortgage, Inc.,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
14341655      +CitiMortgage, Inc. c/o Cenlar, FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
14167361       Citibank Credit Cards,    P.O. BOX 9001037,    Louisville KY, 40290-1037
14167362       Consumer Credit Card Services,    Wells Fargo Card Services,    P.O. Box 51193,
                Los Angeles, CA 90051-5493
14167358      +Ditech Financial,    1100 Virginia Dr #100a,    Fort Washington, PA 19034-3276
14195833      +Ditech Fnanical LLC,    Rebecca Solarz,Esquire,    c/o KML Law Group, P.C.,
                BNY Independence Center,    701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
14183230      +Gloucester Township Municipal Utilities Authority,    Leonard Wood,Esquire,
                1250 Chews Landing Road,    Laurel Springs NJ 08021-2816
14167567      +LSF9 MASTER PARTICIPATION TRUST,    c/o JEROME B. BLANK,    Phelan Hallinan & Schmieg LLP,
                1617 JFK Boulevard,    Philadelphia, PA 19103-1821
14316956      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14308918      +NewRez LLC DBA Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
14244762      +OCWEN LOAN SERVICING, LLC,    c/o Kevin S. Frankel, Esquire,    Shapiro & DeNardo, LLC,
                3600 Horizon Drive,,    Suite 150,    King of Prussia, PA 19406-4702
14167352       Ocwen Home LOANS,    16661 Worthington Rd Ste 100,    West Palm Beach, FL 33409
14167355       PNC Bank Mortgage,    P.O. Box 1820,    Daytona, OH 45401-1820
14167356      +PNC Credit Line,    300 Fifth Avenue,,    The Towerat PNC Plaza,,    Pittsburgh, PA 15222-2401
14167350      +Philadelphia Water Company,    1101 Market Street, 5th Floor,    Philadelphia, PA 19107-2935
14170380      +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
14167365       Santander Consumer USA,    P.O. Box 660633,    Dallas, TX 75266-0633
14167359      #Seterus, Inc.,    PO Box 11790,    Newark, NJ 07101-4790
14199245      +Seterus, Inc., as the authorized subservicer for F,    649 South Avenue,    Secane, PA 19018-3541
14167348      +South Jersey Gas,    Customer Care Center,    P.O. Box 577,    Hammonton, NJ 08037-0577
14167364      +South Street Headhouse District,    200 Pine St,    Philadelphia, PA 19106-4314
14173241      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
14199972      +Specialized Loan Servicing LLC,    c/o ANN E. SWARTZ,    McCabe, Wesberg & Conway, P.C.,
                123 South Broad Street,    Suite 2080,    Philadelphia, PA 19109-1031
14199273       The Bank of New York Mellon, et.al.,    OCWEN LOAN SERVICING, LLC,    Attn: Bankruptcy Department,
                P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 02 2019 03:15:38    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 02 2019 03:15:34    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Aug 02 2019 03:15:38    City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2019 03:15:15
                Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                Harrisburg, PA  17128-0946
14187415       E-mail/Text: bkr@cardworks.com Aug 02 2019 03:15:04    Advanta Bank Corporation,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14167353      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 02 2019 03:15:35
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                Coral Gables, FL 33146-1837
14254090       E-mail/Text: megan.harper@phila.gov Aug 02 2019 03:15:37    City of Philadelphia,
                Law Department  Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14167351       E-mail/Text: megan.harper@phila.gov Aug 02 2019 03:15:37    City of Philadelphia,
                Municipal Services Building - 11th Floor,    1401 John F. Kennedy Boulevard,
                Philadelphia, PA 19102
14254036       E-mail/Text: megan.harper@phila.gov Aug 02 2019 03:15:38    City of Philadelphia,
                c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,    5th Floor, Municipal Services Bldg,
                Philadelphia, PA 19102
14198631       E-mail/Text: bankruptcy.bnc@ditech.com Aug 02 2019 03:15:10    Ditech Financial LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
14344301       E-mail/Text: jennifer.chacon@spservicing.com Aug 02 2019 03:15:50
                Federal Home Loan Mortgage Corporation,    c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,    Salt Lake City, UT 84165-0250
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 3                   Date Rcvd: Aug 01, 2019
                              Form ID: pdf900             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14167349        E-mail/Text: tlynch@gtmua.com Aug 02 2019 03:15:33     Gloucester Township MUA,
                 Mailing Address:,   P.O. Box 216,   Glendora, NJ  08029-0216
14197996        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 02 2019 03:08:30
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14194282        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2019 03:07:51
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14182519       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2019 03:15:15
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +NewRez LLC DBA Shellpoint Mortgage Servicing,   P.O. Box 10826,   Greenville, SC 29603-0826
cr*            +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
14254091*     ++CITY OF PHILADELPHIA LAW DEPARTMENT,   MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,   Law Department  Tax & Revenue Unit,
                 Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595)
14254037*     ++CITY OF PHILADELPHIA LAW DEPARTMENT,   MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,   c/o Pamela Elchert Thurmond,
                 1401 JFK Boulevard,   5th Floor, Municipal Services Bldg,   Philadelphia, PA 19102)
14195834*      +Ditech Fnanical LLC,   Rebecca Solarz,Esquire,   c/o KML Law Group, P.C.,
                 BNY Independence Center,   701 Market St., Ste. 5000,   Philadelphia, PA 19106-1541
14244763*      +OCWEN LOAN SERVICING, LLC,   c/o Kevin S. Frankel, Esquire,   Shapiro & DeNardo, LLC,
                 3600 Horizon Drive,,   Suite 150,   King of Prussia, PA 19406-4702
14199966*      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14199973*      +Specialized Loan Servicing LLC,   c/o ANN E. SWARTZ,   McCabe, Wesberg & Conway, P.C.,
                 123 South Broad Street,   Suite 2080,   Philadelphia, PA 19109-1031
                                                                                   TOTALS: 1, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:

```
              ANDREW M. LUBIN    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
               alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              ANN E. SWARTZ    on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as
               Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series
               2019-1 c/o Select Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
```

```
District/off: 0313-2           User: ChrissyW                 Page 3 of 3                   Date Rcvd: Aug 01, 2019
                               Form ID: pdf900                Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue
               dkuhn@attorneygeneral.gov
              HARRY B. REESE    on behalf of Creditor    CITIMORTGAGE, INC. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor heather@mvrlaw.com,
               Michelle@mvrlaw.com
              JEROME B. BLANK    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KEVIN S. FRANKEL    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               ldoyle@pincuslaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank of New York Mellon, et. al.
               paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON AS INDENTURE TRUSTEE
               ET. AL. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 21
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    DOMINIC DI VENTURA                 : Bankruptcy No. 18-14594JKF
                                                    :
    Debtor(s)                          : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred from filing another bankruptcy case, either individually or jointly with a spouse, without prior leave of Court, FOR A PERIOD OF ONE YEAR.

Dated: 8/1/19

FOR THE COURT

_____
Jean K. FitzSimon, B. J.

Interested parties:

William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

Raheem S. Watson, Esq.
Watson LLC
1700 Market Street, Suite 1005
Philadelphia, PA 19103

Dominic Di Ventura
400-16 S. 2nd Street, Unit 416A
Philadelphia, PA 19147

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107